# MINUTE ORDER

Page 4

## Magistrate Judge Ellen F. D'Angelo

**King Building Courtroom 10-6**  Date: 12/18/24   Time: 2:00 p.m.

Defendant: Vernell Syrenthia Lawson   J#: 52233-511   Case #: 24-CR-20543-ALTMAN(SEALED)

AUSA: Ignacio Vasquez   Attorney: Sogol Gomeshi - AFPD

Violation: HOBBS ACT EXTORTION UNDER COLOR OF OFFICIAL RIGHT CONSPIRACY/ CONSPIRACY TO POSSESS CONTROLLED SUBSTANCES WITH INTENT TO DISTRIBUTE/RACKETEERING PROMOTION

Surr/Arrest Date: 12/18/24   YOB: 1991

Proceeding: Initial Appearance   CJA Appt: ___

Bond/PTD Held: ○ Yes   ○ No   Recommended Bond: ___

Bond Set at: $250,000 PSB w/Nebbia-$20,000 10% w/Nebbia   Co-signed by: Casanova Brantley/Syrenthia Lawson

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
  Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [x] No contact with co-defts except through counsel
- [x] No firearms
- [x] Not to encumber property deft & co-signers
- [ ] May not visit transportation establishments
- [x] **Home Confinement/Electronic Monitoring** tech to be determined By ___ pm to ___ am, paid by PTS
- [x] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [x] Travel extended to: SD/FL-leave approved by PTS & court approved
- [ ] Other: ___

Language: English

Disposition:
Defendant advised of rights and charges. Defendant sworn. Ore Tenus motion to unseal – Granted. Ore Tenus motion to appoint counsel – Granted – AFPD. Defendant Arraigned. Brady Order Given. Bond set at $250,000 PSB w/Nebbia – 2 co-signers and $20,000 10% w/Nebbia – 2 co-signers. Defendant released.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: ___
PTD/Bond Hearing: ___
Prelim/Arraign or Removal: ___
Status Conference RE: ___

D.A.R. 14:59:50/15:24:18/15:46:55/15:59:55   Time in Court: 29

s/Ellen F. D'Angelo   Magistrate Judge